UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00379-CJC-KES | Date | June 9, 2022 |
| Title | Stussy, Inc. v. Shein et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANTS SHEIN AND ROMWE**

It is a plaintiff's responsibility to prosecute its case diligently. That includes timely serving the complaint and filing a proof of service. Absent a showing of good cause, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . *must* dismiss the action." Fed. R. Civ. P. 4(m). Here, 90 days have passed since Plaintiff filed the Complaint, yet no proof of service has been filed as to **Defendants Shein and Romwe.** Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing no later than **June 13, 2022** why these defendants should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41), <u>or</u>

2. A Proof of Service indicating service of the Summons and Complaint was effected on or before **June 8, 2022**. *However, if the deadline to answer has passed by the time Plaintiff files the proof of service, the response to this Order will be deemed sufficient <u>only</u> if one of the following is also filed:*

   a. Plaintiff's Request for Entry of Default as to Defendants or Defendants' Answers, or

   b. A stipulation extending Defendants' time to respond to the Complaint that complies with Local Rule 8.3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00379-CJC-KES | Date | June 9, 2022 |
| Title | Stussy, Inc. v. Shein et al | | |

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to respond to this Order may result in dismissal.

                                                                                             \_\_\_ : \_\_\_

                                        Initials of Deputy Clerk    rrp