1  Gerald A. Klein, P.C. – CA State Bar No. 107727
   Brian M. Kelly – CA State Bar No. 292222
2  KLEIN & WILSON
   A Partnership of Professional Corporations
3  4770 Von Karman Avenue
   Newport Beach, California 92660
4  (949) 631-3300; Facsimile (949) 631-3703
   klein@kleinandwilson.com; bkelly@kleinandwilson.com
5
   John R. Sommer – CA State Bar No. 106355
6  Kelly K. Pfeiffer – CA State Bar No. 223468
   SOMMER LAW
7  17853 Santiago Blvd., Suite 107-160
   Villa Park, California 92861
8  (949) 752-5344; Facsimile 949-752-5439
   sommer@sommer.law; pfeiffer@sommer.law
9

10 Attorneys for Plaintiff STUSSY, INC.

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13                           SOUTHERN DIVISION

14 | STUSSY, INC., | **CASE NO. 8:22-CV-00379 CJC (KESx)**
15 | Plaintiff, | **NOTICE OF SETTLEMENT**
16 | v. |
17 | SHEIN; SHEIN DISTRIBUTION CORPORATION; ZOETOP BUSINESS
18 | CO., LIMITED; ROADGET BUSINESS PTE. LTD.; FASHION CHOICE PTE
19 | LTD.; ROMWE, |
20 | Defendants. |

21
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties have tentatively settled this case and are in the process of documenting it through a settlement agreement. The parties anticipate either there will be a request for dismissal by the end of this month or they will notify the court that settlement failed.

Respectfully submitted,

KLEIN & WILSON

Dated: November 4, 2022

By: */s/ Gerald A. Klein*
    Gerald A. Klein
Attorneys for Plaintiff Stussy, Inc.